IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. |
| | ) | 10-00064-01-CR-W-GAF |
| ANDRE MAYS, | ) | |
| | ) | |
| Defendant. | ) | |

## O R D E R

On April 21, 2010, Magistrate Judge Robert Larsen sua sponte moved for a judicial determination of the mental competency of defendant Andre Mays. Defendant was examined by Jeremiah Dwyer, Ph.D., a forensic psychologist. It is the opinion of Dr. Dwyer that defendant is competent to stand trial. During a hearing held before United States Magistrate Judge Robert Larsen on August 9, 2010, defendant and the government stipulated to the report of Dr. Dwyer.

Therefore, with no objections having been filed and after making an independent review of the record, it is

ORDERED that defendant's motion for judicial determination of mental competency is granted, the Report and Recommendation of Magistrate Judge Robert Larsen is adopted in its entirety, and this court finds that defendant is competent to stand trial. It is further

ORDERED that, pursuant to 18 U.S.C. § 3161(h)(1)(A), the time between April 21, 2010, and the date of this order is excluded in computing the time within which the trial of this criminal action must commence.

                                                                                                 s/ Gary A. Fenner
                                                                                                  Gary A. Fenner, Judge
                                                                                                  United States District Court

DATED: August 24, 2010